# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| GARY LEBRON CLAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:22-CV-135-KAC-CHS |
| ) | |
| K. PINGATORE, T. BREWER, UNITED ) | |
| STATES DEPARTMENT OF JUSTICE, ) | |
| and FEDERAL BUREAU OF PRISONS, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

Pursuant to the Memorandum Opinion filed herewith, the Court **DIRECTS** the Clerk to transfer this action to the Western Division of the United States District Court for the Northern District of Illinois and **CLOSE** this Court's file.

**SO ORDERED.**

                                                    s/ Katherine A. Crytzer
                                                  KATHERINE A. CRYTZER
                                                  United States District Judge

ENTERED AS A JUDGMENT
*/s LeAnna R. Wilson*
 CLERK OF COURT